

# COURT OF APPEALS

Thirteenth District

Corpus Christi – Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi – Edinburg, as of the 3rd day of October, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-12-00359-CV                   (Tr.Ct.No. C-2105-07-G)


MIRTA ZORRILLA,                                    Appellant,

v.


AYPCO CONSTRUCTION II, LLC
AND JOSE LUIS MUNOZ,                    Appellees.

On appeal to this Court from Hidalgo County, Texas.

★ ★ ★ ★ ★ ★ ★

# JUDGMENT

On appeal from the 370th District Court of Hidalgo County, Texas, from a judgment signed February 27, 2012. Opinion by Justice Nelda V. Rodriguez.

THIS CAUSE was submitted to the Court on March 28, 2013, on oral argument, the record, and briefs. These having been examined and fully considered, it is the opinion of the Court that there was some error in the judgment of the court below, and said judgment is hereby AFFIRMED AS MODIFIED.

Costs of the appeal are adjudged fifty percent against appellant, MIRTA ZORRILLA and fifty percent against appellees, AYPCO CONSTRUCTION II, LLC AND JOSE LUIS MUNOZ. It is further ordered that this decision be certified below for observance.

★ ★ ★ ★ ★ ★ ★
DORIAN E. RAMIREZ, CLERK